B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### District of New Jersey

In re: Thomas E Hughes,                                                        Case No. 21-18923

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee:<br>Bank of America, N.A. | Name of Transferor:<br>Bank of America, N.A. |
| Name and Address where notices to Transferee should be sent:<br><br>Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806 | Court Claim # (if known): 8-1<br><br>Amount of Claim: $347,496.31<br>Date Claim Filed: 01/05/2022 |
| Phone: 800.561.4567<br>Last Four Digits of Acct #: 0802 | Phone: 800.669.6607<br>Last Four Digits of Acct #: 9865 |
| Name and Address where Transferee payments should be sent (if different from above):<br><br>Carrington Mortgage Services, LLC<br>P.O. Box 660586<br>Dallas, TX 75266-0586<br><br>Phone:<br>Last Four Digits of Acct #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Tonya Leija                                                                               Date: 02/14/2022
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

*In Re:*  Case No. 21-18923
**Thomas E Hughes,**

　　　　**Debtor(s)**  Chapter 13

### CERTIFICATE OF SERVICE

I hereby certify that on 02/14/2022, a true and correct copy of the foregoing was served upon all interested parties pursuant to the Court's CM/ECF system.

By: /s/ Tonya Leija
Bank of America, N.A.
1425 Greenway Drive, Suite 250
Irving, TX 75038

Debtor through the debtor's attorney of record
Thomas E Hughes,

22 East Mill Creek Rd
Eastampton NJ 08060

Trustee
Albert Russo
CN 4853
Trenton NJ 08650-4853

Debtor's Counsel
Andrew Thomas Archer
Brenner Spiller & Archer
125 Route 73 North
West Berlin NJ 08091

U.S. Trustee (if applicable)
Office of the US Trustee
One Newark Center Ste 2100
Newark NJ 07102