Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                Case No.:  21−18923−MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Thomas E. Hughes
    22 East Mill Creek Rd
    Eastampton, NJ 08060

Social Security No.:
    xxx−xx−9671

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 2, 2022.


Dated: March 3, 2022
JAN: dmi

                                                                                   Jeanne Naughton
                                                                                   Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 21-18923-MBK

Thomas E. Hughes                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                     User: admin                         Page 1 of 2
Date Rcvd: Mar 03, 2022          Form ID: plncf13                 Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas E. Hughes, 22 East Mill Creek Rd, Eastampton, NJ 08060-5306 |
| aty | + | KML Law Group, PC, 701 Market Street, Suite 500, Philadelphia, PA 19106-1541 |
| lm | + | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 519479111 | | BANK OF AMERICA, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 519441442 | + | Bank of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238 |
| 519456346 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519441444 | + | Faloni & Associates, LLC, 165 Passaic Ave, Ste 301B, Fairfield, NJ 07004-3592 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 03 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 03 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519506989 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 03 2022 20:38:00 | Bank of America, N.A., 1600 S. Douglass RD, Anaheim, CA 92806-5948 |
| 519506990 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 03 2022 20:38:00 | Bank of America, N.A., 1600 S. Douglass RD, Anaheim, CA 92806, Bank of America, N.A., 1600 S. Douglass RD, Anaheim, CA 92806-5948 |
| 519451287 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 03 2022 20:45:47 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519441443 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 03 2022 20:45:49 | Credit One, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519492289 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 03 2022 20:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519441445 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 03 2022 20:38:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 519445722 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2022 20:45:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519462081 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2022 20:45:44 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519459336 | + | Email/Text: bankruptcy@sccompanies.com | Mar 03 2022 20:38:00 | Mason, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519459334 | + | Email/Text: bankruptcy@sccompanies.com | Mar 03 2022 20:39:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519441446 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2022 20:45:44 | Resurgent Capital Services, Attn: Bankruptcy, Pob |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 03, 2022 | Form ID: plncf13 | Total Noticed: 21 |

| 519459337 | + Email/Text: bankruptcy@sccompanies.com | Mar 03 2022 20:38:00 | 10497, Greenville, SC 29603-0497 Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
|---|---|---|---|

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2022        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew Thomas Archer | on behalf of Debtor Thomas E. Hughes aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4