UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Bank of America, N.A.

In Re:

Thomas E. Hughes,

Debtor.

Case No.: 21-18923-JNP

Chapter: 13

Hearing Date: 3/23/2022

Judge: Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled    ☐ Withdrawn

Matter: Motion for Relief re: 22 East Mill Creek Road (Docket # 30)

_____

Date: 3/11/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*