Document    Page 1 of 1

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Bank of America, N.A.

In Re:

Thomas Hughes,

Debtor.

Case No.:    21-18923-MBK

Chapter:    13

Hearing Date:    3/23/2022

Judge:    Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief re: 22 East Mill Creek Road (Docket # 30)

_____

Date: 3/17/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*