UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

**Order Filed on April 11, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:        _____

Chapter:                13

Judge:        _____

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 11, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been

rendered, and no objections having been raised, it is:


ORDERED that _____, the applicant, is allowed

a fee of $ _____ for services rendered and expenses in the amount of

$_____ for a total of $_____ .  The allowance is payable:

    ☐  through the Chapter 13 plan as an administrative priority.

    ☐  outside the plan.


The debtor's monthly plan is modified to require a payment of $_____ per month for

_____ months to allow for payment of the above fee.

*rev.8/1/15*