UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Bank of America, N.A.

In Re:

Thomas Hughes,

Debtor.

Case No.:   21-18923-MBK

Chapter:   13

Hearing Date:   9/28/2022

Judge:   Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 58)

_____

Date: 09/22/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*