| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| KML Law Group, P.C.<br>By:  Denise Carlon, Esquire<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>Attorneys for Secured Creditor:  Bank of America, N.A | |

Order Filed on January 19, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

   Thomas E. Hughes

         Debtor(s)

Case No.:        21-18923 MBK

Judge:            Michael B. Kaplan

Chapter:         13

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 19, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on :

Property:     22 East Mill Creek Rd Eastampton Twp, NJ 08060-0000
Creditor:     Bank of America, N.A

and a Request for

- ☐ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

- ■ Early Termination of the Loss Mitigation Period having been filed by "companyname""$filter addresstype.name='movant'", and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is terminated.