UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:

THOMAS E. HUGHES

Debtor

Case No.: 21-18923 MBK

Chapter: 13

Judge: Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled           ☐ Withdrawn

Matter: The minutes of 3/8/23 confirmation are amended to included the paid to date amount as follows: PLAN CONFIRMED $7,162 PAID TO DATE (16); $319 X 20 BEGINNING 4/1/23

Date: 3/13/23

/s/ Albert Russo
Signature
Albert Russo
Standing Chapter 13 Trustee

rev.8/1/15