| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
### Chapter 13 Case No. 21-18923 / MBK

Thomas E. Hughes

Petition Filed Date: 11/17/2021
341 Hearing Date: 12/16/2021
Confirmation Date: 02/23/2022

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2022 | $250.00 | 27724884478 | 01/19/2022 | $250.00 | 27724886313 | 02/15/2022 | $250.00 | 27724890971 |
| 03/28/2022 | $250.00 | 27724895223 | 05/12/2022 | $300.00 | 28124055167 | 06/27/2022 | $300.00 | 28189782336 |
| 07/19/2022 | $267.00 | 28189784160 | 09/02/2022 | $267.00 | 28189790537 | 09/02/2022 | $267.00 | 28189790526 |
| 11/17/2022 | $267.00 | 28420503243 | 11/17/2022 | $267.00 | 28420503254 | 11/30/2022 | $1,320.00 | 861028290 |
| 12/14/2022 | $267.00 | 971867261 | 12/14/2022 | $1,320.00 | 861029730 | 01/19/2023 | $1,320.00 | 861027107 |
| 03/10/2023 | $267.00 | 971867744 | | | | | | |

**Total Receipts for the Period:  $7,429.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $7,429.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Thomas E. Hughes | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Andrew Thomas Archer<br>»» ATTY DISCLOSURE | Attorney Fees | $4,100.00 | $4,100.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $639.30 | $0.00 | $639.30 |
| 2 | CW NEXUS CREDIT CARD HOLDINGS 1, LLC<br>»» MERRICK BANK | Unsecured Creditors | $844.67 | $0.00 | $844.67 |
| 3 | Bank of America | Unsecured Creditors | $409.23 | $0.00 | $409.23 |
| 4 | Montgomery Ward | Unsecured Creditors | $667.47 | $0.00 | $667.47 |
| 5 | MASON | Unsecured Creditors | $503.29 | $0.00 | $503.29 |
| 6 | STONEBERRY | Unsecured Creditors | $459.88 | $0.00 | $459.88 |
| 7 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK/JUDGMENT #DC-000260-1 | Unsecured Creditors | $857.29 | $0.00 | $857.29 |
| 8 | BANK OF AMERICA, NA<br>»» P/22 EAST MILL CREEK RD/1ST MTG/ORDER 10/4/22 | Mortgage Arrears<br>No Disbursements: Pending Sale / Refi | $158,505.32 | $0.00 | $158,505.32 |
| 9 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» VERIZON | Unsecured Creditors | $1,065.06 | $0.00 | $1,065.06 |
| 10 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» FINGERHUT DIRECT MRKTING | Unsecured Creditors | $654.23 | $0.00 | $654.23 |
| 11 | BANK OF AMERICA, NA<br>»» 22 EAST MILL CREEK ROAD/PP ARREARS 3/31/22 | Mortgage Arrears | $6,475.48 | $0.00 | $6,475.48 |

**Chapter 13 Case No. 21-18923 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 12 | BANK OF AMERICA, NA<br>»» 22 EAST MILL CREEK ROAD/ATTY FEES 3/31/22 | Mortgage Arrears | $538.00 | $449.87 | $88.13 |
| 0 | Andrew Thomas Archer<br>»» ORDER 4/11/22 | Attorney Fees | $455.00 | $455.00 | $0.00 |
| 13 | BANK OF AMERICA, NA<br>»» 22 EAST MILL CREEK ROAD/PP ARREARS 9/9/22 | Mortgage Arrears | $11,164.88 | $0.00 | $11,164.88 |
| 14 | BANK OF AMERICA, NA<br>»» 22 EAST MILL CREEK ROAD/ATTY FEES 9/9/22 | Mortgage Arrears | $350.00 | $292.66 | $57.34 |
| 0 | Andrew Thomas Archer<br>»» 10/27/22 ORDER | Attorney Fees | $1,320.00 | $1,320.00 | $0.00 |
| 0 | Andrew Thomas Archer<br>»» ORDER 3/9/23 | Attorney Fees | $2,195.00 | $0.00 | $2,195.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,429.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $6,617.53 | Current Monthly Payment: | $738.00 |
| Paid to Trustee: | $563.69 | Arrearages: | ($267.00) |
| Funds on Hand: | $247.78 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.

