# EXHIBIT B

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J.LBR 9004-1**<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone:609-250-0700<br>dcarlon@kmllawgroup.com<br>Bank of America, N.A | CASE NO. 21-18923 MBK<br>CHAPTER 13<br>Judge: Michael B. Kaplan |

In re:

Thomas E. Hughes

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 06/24/2009

I, Torwyne Ashley, employed as authorized signor by Carrington Mortgage Services LLC, as servicing agent for Bank of America, N.A, hereby certifies the following information:

Recorded on 7/8/2009 in Burlington County, in Book 12056, at Page 391.

Property Address: 22 East Mill Creek Rd, Eastampton Twp NJ 08060-0000.

Mortgage Holder: Bank of America, N.A

Mortgagor(s)/ Debtor(s): Thomas E. Hughes

POST-PETITION PAYMENTS (Petition filed on November 17, 2021)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| | Agreed Order entered 09/09/2022. | | | | - |
| $1,959.88 | 9/1/2022 | | $0.00 | | - |
| $1,959.88 | 10/1/2022 | | $0.00 | | - |
| $1,959.88 | 11/1/2022 | | $0.00 | | - |
| $1,959.88 | 12/1/2022 | | $0.00 | | - |
| $1,959.88 | 1/1/2023 | | $0.00 | | - |
| $1,959.88 | 2/1/2023 | | $0.00 | | - |
| **Total Due: $11,759.28** | | **Total Received: $0.00** | | **Arrears: $11,759.28** | |

Continue on attached sheets if necessary.

Monthly payments past due: 6 mos. X $1,959.88
Arrears: $11,759.28

Each current monthly payment is comprised of:

      Principal and Interest:    $1,177.61
      R.E. Taxes:    $
      Insurance:    $
      Other:    $782.27    (Specify: Escrow)
      TOTAL    $1,959.88

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

Notice of Mortgage Payment Change: Filed 4/27/2022 effective 06/01/2022.

PRE-PETITION ARREARS: N/A

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 03/08/2023

/s/ Torwyne Ashley
Signature