Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21–18923–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas E. Hughes
   22 East Mill Creek Rd
   Eastampton, NJ 08060

Social Security No.:
   xxx–xx–9671

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 4/26/23 at 09:00 AM

to consider and act upon the following:

**99** – Creditor's Certification of Default (related document:30 Motion for Relief from Stay re: 22 East Mill Creek Rd, Eastampton Twp NJ 08060. Fee Amount $ 188. filed by Creditor BANK OF AMERICA, N.A., Hearing Held, 48 Creditor's Certification of Default filed by Creditor BANK OF AMERICA, N.A., 63 Order (Generic)) filed by Denise E. Carlon on behalf of BANK OF AMERICA, N.A.. Objection deadline is 04/3/2023. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 3/28/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court