UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Bank of Ameria, N.A.

In Re:

Thomas E. Hughes,

Debtor.

Case No.:      21-18923-MBK

Chapter:      13

Hearing Date:      10/11/2023

Judge:      Kaplan

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 106)

_____

Date: 10/06/2023

/s/ Denise Carlon
Signature

*rev.8/1/15*