Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21−18923−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thomas E. Hughes
22 East Mill Creek Rd
Eastampton, NJ 08060

Social Security No.:
xxx−xx−9671

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on November 16, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 118 − 117
Order Granting Application to Employ Edward Regan as Realtor (Related Doc # 117). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/16/2023. (km)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 16, 2023
JAN: km

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                            Case No. 21-18923-MBK

Thomas E. Hughes                                                    Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                  Page 1 of 2

Date Rcvd: Nov 16, 2023                  Form ID: orderntc                        Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas E. Hughes, 22 East Mill Creek Rd, Eastampton, NJ 08060-5306 |
| r | + | Edward Regan, Coldwell Banker Realty, 27 East Main Street, Moorestown, NJ 08057-3309 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Nov 16 2023 20:40:58 | KML Law Group, PC, 701 Market Street, Suite 500, Philadelphia, PA 19106-1541 |
| lm | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 16 2023 20:43:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| r | *+ | Edward Regan, Coldwell Banker Realty, 27 East Main Street, Moorestown, NJ 08057-3309 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2023                         Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0312-3                          User: admin                          Page 2 of 2
Date Rcvd: Nov 16, 2023                       Form ID: orderntc                    Total Noticed: 4

Albert Russo
                        docs@russotrustee.com

Albert Russo
                        on behalf of Trustee Albert Russo docs@russotrustee.com

Andrew Thomas Archer
                        on behalf of Debtor Thomas E. Hughes aarcher@spillerarcherlaw.com
                        bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com

Denise E. Carlon
                        on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 5