Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21−18923−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas E. Hughes
   22 East Mill Creek Rd
   Eastampton, NJ 08060

Social Security No.:
   xxx−xx−9671

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/22/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 22, 2023
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas E. Hughes  
    Debtor

Case No. 21-18923-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Nov 22, 2023      Form ID: 148      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas E. Hughes, 22 East Mill Creek Rd, Eastampton, NJ 08060-5306 |
| r | + | Edward Regan, Coldwell Banker Realty, 27 East Main Street, Moorestown, NJ 08057-3309 |
| 519441444 | + | Faloni & Associates, LLC, 165 Passaic Ave, Ste 301B, Fairfield, NJ 07004-3592 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Nov 22 2023 20:54:21 | KML Law Group, PC, 701 Market Street, Suite 500, Philadelphia, PA 19106-1541 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 22 2023 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 22 2023 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | EDI: BANKAMER | Nov 23 2023 01:45:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 519479111 | | EDI: BANKAMER | Nov 23 2023 01:45:00 | BANK OF AMERICA, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 519441442 | + | EDI: BANKAMER | Nov 23 2023 01:45:00 | Bank of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238 |
| 519506989 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 22 2023 20:57:00 | Bank of America, N.A., 1600 S. Douglass RD, Anaheim, CA 92806-5948 |
| 519506990 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 22 2023 20:57:00 | Bank of America, N.A., 1600 S. Douglass RD, Anaheim, CA 92806, Bank of America, N.A., 1600 S. Douglass RD, Anaheim, CA 92806-5948 |
| 519456346 | | EDI: BANKAMER | Nov 23 2023 01:45:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519451287 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 22 2023 21:12:57 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519441443 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 22 2023 21:02:03 | Credit One, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519492289 | | EDI: JEFFERSONCAP.COM | Nov 23 2023 01:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519441445 | | EDI: JEFFERSONCAP.COM | Nov 23 2023 01:45:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 519445722 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2023 21:12:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 21-18923-MBK    Doc 122    Filed 11/24/23    Entered 11/25/23 00:19:29    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 22, 2023 | Form ID: 148 | Total Noticed: 22 |

| 519462081 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2023 21:12:49 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|---|
| 519459336 | + | EDI: CBSMASON | Nov 23 2023 01:45:00 | Mason, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519459334 | + | EDI: CBS7AVE | Nov 23 2023 01:45:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519441446 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2023 21:12:44 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 519459337 | + | EDI: CBSMASON | Nov 23 2023 01:45:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| r | *+ | Edward Regan, Coldwell Banker Realty, 27 East Main Street, Moorestown, NJ 08057-3309 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2023              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew Thomas Archer | on behalf of Debtor Thomas E. Hughes aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5